# Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

| | |
|---|---|
| **Place of Offense:** | **Category No.** II    **Investigating Agency** FBI |
| City: Cambridge | **Related Case Information:** |
| County: Middlesex | Superseding Ind./ Inf. _____  Case No. _____ |
| | Same Defendant _____  New Defendant _____ |
| | Magistrate Judge Case Number _____ |
| | Search Warrant Case Number  See attachment |
| | R 20/R 40 from District of _____ |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  24-CR-10053-FDS    ☑ Yes  ☐ No

Defendant Name: SCHUYLER OPPENHEIMER          Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: SK, MICHAEL SYLVAIN

Address: Cambridge, MA

Birth date (Yr only): 1990   SSN (last 4#): 3410   Sex: M   Race: White   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Philip A. Mallard          Bar Number if applicable: 679138

Interpreter: ☐ Yes  ☑ No        List language and/or dialect: _____

Victims: ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED: ☐ Yes  ☑ No

☑ Warrant Requested     ☐ Regular Process     ☑ In Custody

Location Status: Custody

Arrest Date: 7/18/2024

☑ Already in Federal Custody as of  7/18/2024  in  Boston .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

Charging Document:  ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/18/2024         Signature of AUSA: *Philip A. Mallard*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  SCHUYLER OPPENHEIMER, a/k/a "SK", a/k/a "Michael Sylvain"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 841(a)(1), (b)(1)(A)(viii) | Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetam | 1 |
| Set 2 | 18 USC § 1343 | Wire Fraud | 2 |
| Set 3 | 18 USC § 1343 | Wire Fraud | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

22-MJ-1162-DLC
22-MJ-1277-DLC
22-MJ-1289-DLC
22-MJ-1290-DLC
22-MJ-1291-DLC
22-MJ-1300-DLC
22-MJ-1301-DLC
22-MJ-1302-DLC
22-MJ-1444-DLC
22-MJ-1445-DLC
22-MJ-1455-DLC
22-MJ-1456-DLC
22-MJ-1470-DLC
22-MJ-1471-DLC
22-MJ-1472-DLC
23-MJ-1017-DLC
23-MJ-1043-DLC
23-MJ-1441-DLC
24-MJ-1000-DLC
24-MJ-1001-DLC
24-MJ-1002-DLC
24-MJ-1180-DLC
24-MJ-1267-DLC
24-MJ-1414-DLC
24-MJ-1415-DLC