UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 24-mj-1416-DLC

UNITED STATES OF AMERICA

v.

SCHUYLER OPPENHEIMER

**ORDER OF VOLUNTARY DETENTION**

LEVENSON, M.J.

Defendant came before the Court, in connection with the above-numbered complaint, for an initial appearance in this matter, on July 18, 2024.

Represented by appointed counsel, Defendant has waived his right to an immediate detention hearing and has assented to the entry of a voluntary order of detention, reserving the right to return to this Court, regardless of whether there have been changed circumstances, so that Defendant may be able to propose a release plan for the Court's consideration. Defendant has also waived his right to a preliminary hearing to establish probable cause.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial.

It is further ORDERED that:

(1) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined shall

deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

/s/ Paul G. Levenson
Date: July 19, 2024                                        United States Magistrate Judge